USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-1330 UNITED STATES, Appellee, v. JUAN AGUILAR-AGUILAR, Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE [Hon. Gene Carter, U.S. District Judge] ___________________ ____________________ Before Selya, Boudin and Lynch, Circuit Judges. ______________ ____________________ Ronald Nacamuli on brief for appellant. _______________ Jay P. McCloskey, United States Attorney, and Margaret D. __________________ _____________ McGaughey, Assistant United States Attorney, on brief for appellee. _________ ____________________ December 5, 1996 ____________________ Per Curiam. After careful review of the appellate ___________ briefs and record, we conclude that no substantial question is presented as to the district court's refusal to grant a downward departure. The refusal to depart is not appealable here, as there is no suggestion that it resulted from any misapprehension of the applicable guidelines or the district court's authority to depart. See United States v. Grandmaison, 77 F.3d 555, ___ ______________ ___________ 560 (1st Cir. 1996). Consequently, the appeal is dismissed. _________ Loc. R. 27.1. -2-